**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 26-60574-CIV-SMITH**

PEDRO MARTIN MOLERO ARANGURE,

     Petitioner,

v.

TODD M. LYONS, *et al*.,

     Respondents.

_____/

## <u>ORDER DENYING PETITION AND CLOSING CASE</u>

This cause comes before the Court upon review of the Petitioner's Petition for Writ of Habeas Corpus [DE 1]. On June 15, 2026, Respondents filed their Return to Habeas Petition and Incorporated Motion to Dismiss as Moot (the "Response") [DE 6], which indicated Petitioner was found inadmissible by an Immigration Judge and ordered removed. Respondents attached a copy of the Immigration Judge's Order for the Court's review [DE 6-2]. Plaintiff has been subsequently removed to Venezuela. Petitioner's Petition is therefore moot. *See, e.g., Mehmood v. U.S. Att'y Gen*., 808 F. App'x 911, 912–13 (11th Cir. 2020); *Soliman v. U.S. ex rel. INS*, 296 F.3d 1237, 1241–43 (11th Cir. 2002); *Salmeron-Salmeron v. Spivey*, 926 F.3d 1283, 1289–90 (11th Cir. 2019) ("As a general rule, a habeas petition presents a live case or controversy only when a petitioner is in custody." (citations omitted)).

Accordingly, it is

**ORDERED** that:

1.     The Petition for Writ of Habeas Corpus [DE 1] is **DENIED**.

2.     All pending motions are **DENIED as moot**.

3.      This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 7th day of August

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**